UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEJANDRO GUILLEN,

    Plaintiff,

v.                                CASE NO: 8:07-cv-545-T-23MSS

METROPOLITAN LIFE INSURANCE
COMPANY and COLGATE-PALMOLIVE
COMPANY,

    Defendants,
_____/

## ORDER

The Court is advised of settlement in this case. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on September 12, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE